IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: )
 ) Case No. 11-13067
Jeffrey Alan Hinz )
Pennye Colleen Hinz )
      Debtors. ) Chapter 13
 )
_____)

## CHANGE OF ADDRESS

COMES NOW the debtor, Jeffrey Alan Hinz, and advises the Bankruptcy Court of his new address:

    Jeffrey Alan Hinz *(only)*
    400 E. 1st
    Newton, KS 67114

                                                                            s/ David Lund
                                                               DAVID LUND #11618
                                                                Attorney for Debtor
                                                               727 N. Waco, Ste. 565
                                                               PO Box 635
                                                               Wichita, KS 67201
                                                               (316) 265-6600
                                                               (316) 265-0088 (fax)
                                                               dlund@deweylund.com

## CERTIFICATE OF SERVICE

This is to certify that on this __4th__ day of February, 2016, a true and correct copy of the above Change of Address was sent electronically to: Laurie Williams, Standing Chapter 13 Trustee.

                                                                  s/ David Lund
                                                                  DAVID LUND